UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA, et al.,<br><br>Plaintiff(s),<br><br>vs.<br><br>G. G. CONSTRUCTION, INC., et al.,<br><br>Defendant(s). | Case No. 2:14-cv-01448-RFB-NJK<br><br>ORDER DISCHARGING SECOND ORDER TO SHOW CAUSE |

On October 30, 2014, the Court ordered Defendants to file a certificate of interested parties as required by the Local Rules. Docket No. 7. Defendants failed to comply with that order. As such, the Court ordered Defendants to show cause in writing, no later than November 13, 2014, why sanctions should not be imposed. Docket No. 8. Defendants failed to comply with that order. As such, the Court issued an order that Defendants and their counsel, David Melvin Crosby, show cause in writing, no later than November 24, 2014, why they should not be sanctioned in a Court fine of up to $1,000 each and/or have default judgment entered. Docket No. 9. The Court warned that the failure to respond to this order will result in a recommendation that default judgment be entered against Defendants. *Id.*

Defendants and their counsel again failed to comply with the second order to show cause. Rather than responding in writing with an explanation why the identified sanctions should not be imposed, Defendants and their counsel merely filed a belated certificate of interested parties. Docket No. 11. Nowhere in the Court's latest order to show cause was there any indication that Defendants

and their counsel would be relieved of the requirement to respond in writing by simply filing a certificate of interested parties.

In short, the Court has yet to receive *any* explanation as to why Defendants and their counsel have repeatedly failed to comply with Court orders and, consequently, why they should not be sanctioned. In the circumstances of this case, the Court will not impose monetary sanctions or case-dispositive sanctions. But the Court CAUTIONS Defendants and their counsel that the Court expects strict compliance with all Court orders. Defendants' counsel in particular is CAUTIONED that he must carefully read all Court orders to ensure compliance. **Defendants and their counsel should expect that future non-compliance with the Court's orders or the applicable rules of the Court will result in significant monetary sanctions and/or case-dispositive sanctions**.

IT IS SO ORDERED.

DATED: December 5, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge

2