AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Trustees of the Bricklayers & Allied Craftworkers Local 13 Defined Contribution Pension Trust For Southern Nevada, et al.,

Plaintiffs,

V.

G. G. Construction, Inc., et al.,

Defendants.

**AMENDED JUDGMENT IN A CIVIL CASE**

Case Number: 2:14-cv-01448-RFB-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of Plaintiffs , Trustees of the Bricklayers & Allied Craftworkers Local 13 Defined Contribution Pension Trust For Southern Nevada, Trustees of the Bricklayers & Allied Craftworkers Local 13 Health Benefits Fund ,Trustees of the Bricklayers & Allied Craftworkers Local 13 Vacation Fund ,Trustees of the Bricklayers & Trowel Trades International Pension Fund, Trustees of the Bricklayers & Trowel Trades International Health Fund, Trustees of the International Masonry Institute and against Defendant G. G. Construction, Inc. in the amount of $38,893.31, which is comprised of the following amounts:

- $7,845.25 in unpaid contributions;
- $2,939.25 in interest on unpaid contributions as of September 14, 2015, on which additional interest will continue to accrue until paid;
- $2,939.25 as an amount equal to the greater of the interest on unpaid contributions or liquidated damages provided for under the plan, on which additional interest will continue to accrue until paid;
- $12,229.36 in reasonable attorney's fees and costs of the action, consisting of $11,528.50 in fees and $700.86 in costs; and
- $11,528.50 in fees and $700.86 in costs; and
- $12,940.20 in audit costs.

July 15, 2016

Date

/s/ Lance S. Wilson

Clerk

/s/dl

(By) Deputy Clerk